No. D–45.  IN RE DISBARMENT OF MITCHELL.  Disbarment entered.  [For earlier order, see 420 U. S. 1001.]

No. D–48.  IN RE DISBARMENT OF EHRLICHMAN.  Disbarment entered.  [For earlier order, see 421 U. S. 905.]

No. 74, Orig.  GEORGIA v. SOUTH CAROLINA.  Motion for leave to file bill of complaint granted and defendant shall have 60 days to answer.

No. 75–1870.  E. I. DU PONT DE NEMOURS & Co. v. COLLINS ET AL.; and

No. 75–1872.  SECURITIES AND EXCHANGE COMMISSION v. COLLINS ET AL., 432 U. S. 46.  Motion to retax costs denied. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this motion.

No. 76–749.  PFIZER INC. ET AL. v. GOVERNMENT OF INDIA ET AL.  C. A. 8th Cir.  [Certiorari granted, 430 U. S. 964.] Motion of Federal Republic of Germany for leave to participate in oral argument as amicus curiae denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 76–938.  FEDERAL MARITIME COMMISSION ET AL. v. PACIFIC MARITIME ASSN. ET AL.  C. A. D. C. Cir.  [Certiorari granted, 430 U. S. 905.]  Motion of respondents for divided argument granted.

No. 76–944.  NIXON v. WARNER COMMUNICATIONS, INC., ET AL.  C. A. D. C. Cir.  [Certiorari granted, 430 U. S. 944.] Motion of respondents for divided argument granted.

No. 76–1168.  ARIZONA ET AL. v. WASHINGTON.  C. A. 9th Cir.  [Certiorari granted, 430 U. S. 965.]  Motion of respondent for appointment of counsel granted, and it is ordered that Ed Bolding, Esquire, of Tucson, Ariz., be appointed to serve as counsel for respondent in this case.